UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MICHAEL BRYAN,

                Plaintiff,

-against-

GLASS MOUNTAIN CAPITAL LLC

                **Defendant.**
---------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**

2:17-cv-02727 (JMA) (AYS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 21 2017 ★

LONG ISLAND OFFICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Michael Bryan, Plaintiff, hereby gives notice of Dismissal of this action in its entirety with prejudice as to himself and without prejudice as to the rights of the unnamed putative class members.

Dated: August 18, 2017
       Uniondale, New York

KLEINMAN LLC

_____
Abraham Kleinman (AK-6300)
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone (516) 522-2621
Facsimile  (888) 522-1692
Attorney for Plaintiff

s/ Joan M. Azrack
_____
SO ORDERED

Case Closed
August 21, 2017